AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
## Western District of New York

United States of America

v.

**WILLIS A. BOWLES,**

*Defendant*

Case No. 23-MJ- 4106

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about June 23, 2023, in the County of Ontario, in the Western District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Felon in possession of a firearm |

This Criminal Complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

*[signature]*

Malcolm D. Van Alstyne, Jr., Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

Date: July 7, 2023

City and State: Rochester, New York

*Marian W. Payson*
MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WILLIS A. BOWLES,

    Defendant.

23-MJ- 4106

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**I, Malcolm D. Van Alstyne, Jr, affirm to the following facts:**

1.     I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives (hereinafter ATF), and am assigned to the Rochester, New York Field Office. I have been employed as an ATF Special Agent since 2001. Prior to being employed as an ATF Special Agent, I was employed as a U.S. Probation Officer for the Northern District of New York in Syracuse, New York for over four years. My primary duties as an ATF Special Agent include investigating violations of federal firearms laws such as individuals engaged in illegal firearm trafficking, unlawful possession of firearms, as well as the possession of firearms during the commission of drug trafficking crimes, and other crimes of violence. During my tenure with ATF, I have participated in numerous investigations relating to individuals that were involved in illegal firearm possession in violation of federal firearms laws, including Title 18, United States Code, Sections 922 and 924 and Title 26, United States Code, Section 5861. I have also participated in numerous investigations related to armed individuals that were involved in the distribution of controlled substances, including cocaine, cocaine base and other substances in violation of federal narcotics laws, including Title 21, United States

Code, Section 846 and Title 18 United States Code, Sections 922 and 924. I am familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in illegal firearms activities and the trafficking of illegal drugs. I have been the Affiant on five affidavits in support of Federal Title III intercepts and numerous Federal search warrants, arrest warrants and other applications. Through my training, education, experience and speaking with other law enforcement officers, I have become familiar with the manner in which illegal firearms and drugs are manufactured, transported, stored, and distributed, and with the methods of payment for such firearms and drugs.

2. This affidavit is submitted in support of a criminal complaint charging WILLIS A. BOWLES with a violation of Title 18, U.S.C. Section 922(g)(1) – (felon in possession of a firearm). The assertions made herein are based upon the personal knowledge of your affiant and information I have received from this investigation, including my direct participation in this investigation, and discussions with other law enforcement officers involved with this investigation.

3. On June 22, 2023, at approximately 10:45 A..M., Ontario County Sheriff's Office Investigator Zach Hudgins was contacted by Director William Martin of the Happy Tails animal shelter and notified that an individual had trapped a raccoon in a "havahart" style trap and burned the raccoon while it was still alive. Through photos provided by a concerned citizen the perpetrator was positively identified as BOWLES. On June 23, 2023, Investigator Hudgins obtained a search warrant for BOWLES residence located at 132 High Street in Geneva, New York. The search warrant was for evidence related to animal cruelty. Later that same date, members of the Ontario County Sheriff's Office and members of the Geneva Police Department

2

executed the search warrant at 132 High Street. BOWLES and his paramour Hayden K. WILLIAMS were the only individuals inside of the residence when the warrant was executed. The home had three bedrooms. One room was empty, a second room contained clothes and items that indicated it was a child's bedroom. The third bedroom contained clothing and items indicative of male and female adults. There were photographs inside the home depicting BOWLES. New York State Office of Children and Family Services records show that on January 10, 2023, BOWLES submitted a Child Day Care application. BOWLES listed 132 High Street as his address on the application. In a closet located in the third bedroom officers discovered a rifle as well as a 30 round magazine in a dresser drawer in the same room. Investigator Hudgins contacted Ontario County Judge Fred Reed and amended the search warrant to include firearms. Judge Reed granted the amendment and officers discovered the rifle located in the bedroom closet was a Smith and Wesson, model M&P 15, .223 caliber rifle bearing serial number TS00450. The firearm was loaded with 10 rounds of .223 caliber ammunition. The high capacity magazine found inside the dresser contained 22 rounds of .223 ammunition. BOWLES and WILLIAMS were both charged with Criminal Possession of a Weapon 2nd Degree. BOWLES and WILLIAMS declined to speak with officers and requested legal counsel. On July 6, 2023, I spoke with U.S. Postal Inspection Service Inspector Josh Burch regarding 132 High Street. Inspector Burch contacted the Geneva U.S. Post Office and confirmed BOWLES currently receives mail at 132 High Street. He further confirmed there are no active changes regarding who receives mail at the address.

4. A criminal history query for BOWLES revealed he has the following felony convictions: On June 5, 2008, BOWLES was convicted of Robbery with a Firearm(Felony), in

3

Palm Beach County, Florida Court; on June 5, 2008, BOWLES was convicted of Felon in Possession of a Firearm or Ammunition (Felony), in Palm Beach County, Florida Court.

5. On July 5, your affiant spoke with ATF Special Agent Ryan Szwejbka, an ATF Firearms Interstate Nexus Expert. Special Agent Swejbka advised that the Smith and Wesson, model M&P 15 .223 caliber rifle bearing serial number TS00450, was not manufactured in the State of New York. Therefore, for the firearm to be found in Geneva, New York, it would have necessarily crossed state lines.

6. Based on the above information, I submit there is probable cause to believe that on June 23, in the City of Geneva, County of Ontario, New York, Western District of New York, BOWLES, was in violation of Title 18, U.S.C. Section 922(g)(1) – (felon in possession of a firearm).

*[signature]*

Malcolm D. Van Alstyne, Jr.
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:
July __7__, 2023.

*[signature]* Marian W. Payson
HONORABLE MARIAN W. PAYSON
United States Magistrate Judge

4